(No. 6557—)

Sun Oil Company of Pennsylvania, Claimant, vs. State of Illinois, Department of Registration and Education, Respondent.

*Opinion filed May 9, 1972.*

Sun Oil Company of Pennsylvania, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

PERLIN, C.J.